UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOSEPH L. WILLIAMS,**

    Petitioner,

v.                                                          Case No. 05-CV-70785-DT
                                                                                 03-81008
                                                                      Hon. Bernard A. Friedman

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

## **MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated June 9, 2005. No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Donald A. Scheer's Report and Recommendation dated June 9, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that petitioner's motion to vacate, set aside or correct sentence is denied.

   July 14, 2005                                s/Bernard A. Friedman
     Detroit, Michigan                        BERNARD A. FRIEDMAN
                                                   CHIEF JUDGE

**I hereby certify that a copy of the foregoing document
was served this date upon counsel of record
electronically and/or via first-class mail.**

**_____s/Patricia Foster Hommel_____
Patricia Foster Hommel
Secretary to Chief Judge Friedman**